KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARPAL SINGH, ) <br> ) <br>             Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> EMILIO T. GONZALEZ, Director, United States ) <br> Citizenship and Immigration Services, ) <br> ) <br>            Defendant. ) <br> _____) | No. C 06-3379 MJJ <br><br> **STIPULATION TO EXTEND DATES;** <br> **and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 23, 2006, and Defendant's answer is currently due on July 25, 2006.

    2. Pursuant to this Court's May 23, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 15, 2006, and attend a case management conference on August 22, 2006.

    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip to Ext Time
C 06-3379 MJJ

| | | |
|---|---|---|
| 1 | Defendant's Answer: | September 22, 2006 |
| 2 | Last day to file Joint ADR Certification: | October 3, 2006 |
| 3 | Last day to file/serve Joint Case Management Statement: | October 17, 2006 |
| 4 | Case Management Conference: | October 24, 2006 at 2:00 p.m. |

Dated: July 24, 2006  Respectfully submitted,

KEVIN V. RYAN
United States Attorney

　　　　　　　　　　/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

Dated: July 25, 2006  　　　　　　　　　　/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/28/2006

MARTIN J. JENKINS
United States District Judge

Stip to Ext Time
C 06-3379 MJJ