```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7124
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARPAL SINGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; et al.,<br><br>　　　　　　Defendants. | No. C 06-3379 MJJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's petitions for relative asylum status.

　　Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

///

Stip to Dismiss
C 06-3379 MJJ

| | | |
|---|---|---|
| 1 | Dated: September 6, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 8 | Dated: September 6, 2006 | /s/<br>JONATHAN M. KAUFMAN |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/13/2006

_____
MARTIN J. JENKINS
United States District Judge

Stip to Dismiss
C 06-3379 MJJ                                      2